**302**

**Booker T. POWELL, Appellant,**

v.

**The CITY OF PASSAIC, a Municipal Corporation of the State of New Jersey, Peter Brinko and Henry Kowal.**

**No. 15005.**

United States Court of Appeals
Third Circuit.

Argued Feb. 16, 1965.

Decided March 1, 1965.

Allan L. Tumarkin, Newark, N. J. (Achilles J. Grassano, Newark, N. J., on the brief), for appellant.

James J. Dooley, Winne & Dooley, Hackensack, N. J. (Winne & Dooley, Hackensack, N. J., on the brief), for appellees.

Before KALODNER and SMITH, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM.

On review of the record we find no error.

The Order of Judgment of the District Court filed February 5, 1964 will be affirmed.

---

**Ralph Pineda ROSA, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 21810.**

United States Court of Appeals
Fifth Circuit.

Feb. 19, 1965.

Ralph P. Rosa, pro se.

Robert C. Josefsberg, Asst. U. S. Atty., Miami, Fla., William A. Meadows, Jr., U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and GROOMS, District Judge.

PER CURIAM:

The appellant seeks reversal of a district court order denying relief under 28 U.S.C.A. § 2255. Some of the questions are not such as can be raised by a Section 2255 motion. The questions properly presented are without merit. The judgment of the district court is

Affirmed.